Brush *v.* Seguin et al.  Bowen et al. *v.* Parkhurst et al.

---

ROBERT S. BRUSH, Appellant, *v.* FRANCIS SEGUIN, and JAMES BYRNS, Appellees.

### APPEAL FROM KANKAKEE.

WALKER, J. The material facts contained in this record, and the questions presented, are the same as those in the case of *Brush* v. *Seguin et al., ante.* The decision of that case therefore disposes of this, and renders the further discussion of these questions unnecessary.

The judgment of the court below is affirmed.

*Judgment affirmed.*